IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. D. FLIENT,<br><br>        Plaintiff<br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant.<br>_____/ | No. C-06-2534 MMC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE; DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS** |

      On May 10, 2006, the Court denied plaintiff's application to proceed in forma pauperis in the above-titled action, and ordered him to pay the filing fee no later than June 9, 2006. The Court advised plaintiff that failure to pay the filing fee by June 9, 2006 would result in dismissal of the action without prejudice. To date, plaintiff has not paid the filing fee.

      Accordingly, the above-titled action is hereby DISMISSED, without prejudice. In light of the dismissal, defendants' motion to dismiss, noticed for hearing on June 23, 2006, is DENIED as moot.

      The Clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: June 14, 2006

                                                MAXINE M. CHESNEY<br>                                                United States District Judge