United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

W.D. FLIENT,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO JAIL MEDICAL SERVICES,

        Defendant
                                        /

No. C-06-2534 MMC

**ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION**

       On May 10, 2006, the Court denied plaintiff W.D. Flient's application to proceed in forma pauperis and ordered plaintiff to pay the filing fee no later than June 9, 2006. On June 14, 2006, the Court dismissed plaintiff's complaint without prejudice because plaintiff had not paid the filing fee. Also, on June 14, 2006, the Clerk entered judgment on the order of dismissal.

       The Court is now in receipt of a letter, filed June 27, 2006, in which plaintiff asserts the denial of his application to proceed in forma pauperis was "an error" and requests reconsideration of the judgment dismissing the above-titled case.

       "On motion and upon such terms as are just, the court may relieve a party . . . from a final judgment . . . for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether

1  heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an
2  adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or
3  discharged, or a prior judgment upon which it is based has been reversed or otherwise
4  vacated, or it is no longer equitable that the judgment should have prospective application;
5  or (6) any other reason justifying relief from the operation of the judgment." Fed. R. Civ. P.
6  60(b).

7       By order filed April 14, 2006, the Court identified several inconsistencies in plaintiff's
8  application to proceed in forma pauperis and found that, in light thereof, the Court could not
9  conclude plaintiff was unable to pay the filing fee. The Court did, however, afford plaintiff
10 the opportunity to file, no later than April 28, 2006, a supplemental declaration to explain
11 the inconsistencies, and stated that "[i]f plaintiff fails to file a supplemental declaration
12 within the time provided, or if plaintiff timely files a supplemental declaration but fails to
13 adequately explain therein his financial circumstances, the Court will deny the application."
14 (See Order, filed April 14, 2006, at 2.) Plaintiff responded to the Court's April 14, 2006
15 order by filing a letter, which letter, as explained in the Court's order of May 10, 2006,
16 lacked any evidentiary value and, in any event, not only failed to explain the inconsistencies
17 identified by the Court but also raised new questions as to the veracity of statements in
18 plaintiff's application to proceed in forma pauperis.

19      Plaintiff's letter requesting reconsideration is, again, unverified and therefore lacks
20 any evidentiary value. Further, plaintiff again fails to address any of the inconsistencies
21 identified by the Court. Finally, plaintiff fails to identify any cognizable ground for
22 reconsideration, nor does the file reflect any such ground.

23      Accordingly, plaintiff's request for reconsideration is hereby DENIED.

24      **IT IS SO ORDERED.**

25

26 Dated: June 28, 2006

                                              MAXINE M. CHESNEY
27                                               United States District Judge

28